IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-00183-BR

| | |
|---|---|
| EUNICE ANDERSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| MURPHY-BROWN LLC, | ) |
| | ) |
| Defendant. | ) |

This matter is before the court on the parties' joint motion to reset the pretrial and trial deadlines for the sixth trial group (*Anderson I*). [DE-60]. The adjustment of these deadlines is necessary due to continued case deadlines in the prior trial groups. Accordingly, for good cause shown, the motion is allowed and the following schedule shall govern the sixth trial group:

a. Monday, October 29, 2018: parties to serve pretrial disclosures under Fed. R. Civ. P. 26(a)(3) and Local Civil Rule 16.1.
b. Friday, November 2, 2018: parties to file any *Daubert* challenges or other motions to exclude expert testimony.
c. Monday, November 5, 2018: parties to serve objections to pretrial disclosures.
d. Thursday, November 8, 2018: pretrial order is due.
e. Friday, November 9, 2018: parties to file responses to *Daubert* challenges or other motions to exclude expert testimony, and motions *in limine* on evidentiary matters.
f. Thursday, November 15, 2018 at 1:30 p.m.: final telephonic pretrial conference.[1]
g. Friday, November 16, 2018: parties to file proposed jury instructions, and any responses to motions *in limine*.
h. Monday, November 19, 2018: parties to file trial briefs, and proposed voir dire.
i. Monday, November 26, 2018 at 10:00 a.m.: jury selection and trial.

SO ORDERED, this 17th day of July 2018.

Robert B. Jones, Jr.
United States Magistrate Judge

---

[1] The clerk shall provide the parties with dial-in instructions prior to the pretrial conference.