**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Case No. 7:14-CV-00183-BR**

| | |
|---|---|
| **EUNICE ANDERSON, et al.,** | ) |
| **Plaintiffs,** | ) |
| **v.** | ) |
| **MURPHY-BROWN, LLC,** | ) |
| **Defendant.** | ) |

Murphy-Brown LLC states the following as the list of exhibits to Murphy-Brown's Memorandum in Support of its Motion to Exclude or Limit the Expert Testimony of Dr. Thomas N. Hubbard.

**Exhibit 1:** Index of Exhibits to Murphy-Brown LLC's Memorandum in Support of its Motion to Exclude or Limit the Expert Testimony of Dr. Thomas N. Hubbard

**Exhibit 2:** Expert Report of Dr. Thomas N. Hubbard

**Exhibit 3:** Transcript of February 6, 2017, Deposition of Dr. Thomas N. Hubbard

**Exhibit 4:** N. Gregory Mankiw, *Principles of Microeconomics* (5th ed. 2009) (excerpt)

**Exhibit 5:** Expert Report of Dr. Nicholas E. Piggott

**Exhibit 6:** Transcript of November 15, 2016, Deposition of Dr. Terry Coffey (excerpt)

**Exhibit 7:** Transcript of March 21, 2018, Motions Hearing in *McKiver* (excerpt)

Respectfully submitted,

/s/ Robert E. Thackston

Robert E. Thackston (NC Bar No. 36330)
Lathrop Gage LLP
4514 Cole Avenue, Suite 815
Dallas, Texas 75205
Telephone: (972) 757-8124
Facsimile (214) 780-5200
Email: rthackston@lathropgage.com