**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Case No. 7:14-CV-00183-BR**

| | |
|---|---|
| **EUNICE ANDERSON, et al.,** | ) |
| **Plaintiffs,** | ) |
| **v.** | ) |
| **MURPHY-BROWN, LLC,** | ) |
| **Defendant.** | ) |

Murphy-Brown LLC ("Murphy-Brown") states the following as the list of exhibits to Murphy-Brown's Motion in Limine to Preclude Use of John Sargent Deposition At Trial:

**Exhibit 1:** List of Exhibits to Murphy-Brown LLC's Motion in Limine to Preclude Use of John Sargent Deposition at Trial

**Exhibit 2:** John Sargent Deposition Excerpts

**Exhibit 3:** Plaintiffs' Pretrial Disclosures—Designation of Deposition Testimony

**Exhibit 4:** *McKiver v. Murphy-Brown, LLC*, No. 7:14-cv-180, Pretrial Order Excerpts

**Exhibit 5:** *McGowan v. Murphy-Brown, LLC*, No. 7:14-cv-182, Pretrial Order Excerpts

**Exhibit 6:** *Artis v. Murphy-Brown, LLC*, No. 7:14-cv-237, Pretrial Order Excerpts

**Exhibit 7:** *McGowan v. Murphy-Brown, LLC*, No. 7:14-cv-182, Closing Argument Excerpts

Respectfully submitted,

/s/ Robert E. Thackston
Robert E. Thackston (NC Bar No. 36330)
Lathrop Gage LLP
4514 Cole Avenue, Suite 815
Dallas, Texas 75205
Telephone: (972) 757-8124
Facsimile: (214) 780-5200
Email: rthackston@lathropgage.com