**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Case No. 7:14-CV-00183-BR**

| | |
|---|---|
| **EUNICE ANDERSON, et al.,** | ) |
| **Plaintiffs,** | ) |
| **v.** | ) |
| **MURPHY-BROWN, LLC,** | ) |
| **Defendant.** | ) |

Murphy-Brown LLC states the following as the list of exhibits to Murhpy-Brown's Memorandum in Support of its Motion to Exclude References to and Evidence of Chinese Ownership, Exports of Pork to China and Other Asian Nations, and Racial Issues.

**Exhibit 1:** List of Exhibits to Murphy-Brown's Memorandum in Support of its Motion in Limine to Exclude References to and Evidence of Chinese Ownership, Exports of Pork to China and Other Asian Nations, and Racial Issues.

**Exhibit 2:** April 3, 2018 Trial Transcript in Case No. 7:14-CV-180-BR (Excerpt).

**Exhibit 3:** May 30, 2018 Trial Transcript in Case No. 7:14-CV-182-BR (Excerpt).

**Exhibit 4:** July 11, 2018 Trial Transcript in Case No. 7:14-CV-237-BR (Excerpt).

**Exhibit 5:** 2017 WH Group Annual Report (Excerpt).

/s/ Robert E. Thackston
Robert E. Thackston (NC Bar No. 36330)
Lathrop Gage LLP
4514 Cole Avenue, Suite 815
Dallas, Texas 75205
Telephone: (972) 757-8124
Facsimile (214) 780-5200
Email: rthackston@lathropgage.com