## Index of Exhibits to Murphy-Brown, LLC's Memorandum in Support of its Motion to Exclude Misleading Financial Evidence

**Exhibit 1:** Index of Exhibits to Murphy-Brown, LLC's Memorandum in Support of its Motion to Exclude Misleading Financial Evidence

**Exhibit 2:** *McKiver*, Doc. 137, Motion to Exclude Financial Evidence

**Exhibit 3:** *McKiver*, Doc. 194, Order Denying Murphy-Brown's Motion to Exclude Financial Evidence

**Exhibit 4:** Excerpts from Trial Transcript in *McKiver*

**Exhibit 5:** *McGowan*, Doc. 148, Motion to Exclude Financial Evidence

**Exhibit 6:** *Artis*, Doc. 110, Motion to Exclude Misleading Financial Evidence

**Exhibit 7:** *McKiver*, Doc. 173, Brief in Opposition to Murphy-Brown's Motion to Exclude Financial Evidence

**Exhibit 8:** *McKiver*, Doc. 267, Jury Verdict

**Exhibit 9:** Excerpts from Deposition of G. Schmidt

**Exhibit 10:** SFI SEC Forms

**Exhibit 11:** *Gillis* Doc. 230, Order Granting Financials Motion

**Exhibit 12:** Plaintiffs' Proposed Exhibit List

**Exhibit 13:** *McGowan,* Doc. 470, Order Denying Financials Motion