**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Case No. 7:14-CV-00183-BR**

| | |
|---|---|
| **EUNICE ANDERSON, et al.,** | ) |
| **Plaintiffs,** | ) |
| **v.** | ) |
| **MURPHY-BROWN, LLC,** | ) |
| **Defendant.** | ) |

Murphy-Brown LLC ("Murphy-Brown") states the following as the list of exhibits to Murphy-Brown's Opposition to Plaintiffs' Motion for Discovery Sanctions Based on Spoliation and Late-Received Evidence and to Re-Open Discovery:

**Exhibit 1:** List of Exhibits to Murphy-Brown LLC's Opposition to Plaintiffs' Motion for Discovery Sanctions Based on Spoliation and Late-Received Evidence and to Re-Open Discovery

**Exhibit 2:** *Gillis v. Murphy-Brown, LLC*, No. 7:14-cv-185 ("*Gillis*"), Doc. 229

**Exhibit 3:** *In re: Swine Farm Nuisance Litig.*, No. 5:15-cv-13 ("MC"), Doc. 214

**Exhibit 4:** *McGowan v. Murphy-Brown, LLC*, No. 7:14-cv-182 ("*McGowan*"), Doc. 465

**Exhibit 5:** June 26, 2015 Crooked Run Farm Fact Sheet

**Exhibit 6:** May 27, 2016 Crooked Run Farm Second Amended Fact Sheet

**Exhibit 7:** June 28, 2016 Document Production Email and Related Email Correspondence

**Exhibit 8:** 2010-2016 Stocking Records for Crooked Run Farm

**Exhibit 9:** June 26, 2015 Document Production Email and Probation Policy for Contract Growers

**Exhibit 10:** Standard Operating Procedure for Lagoon Effluent Levels

**Exhibit 11:** Emails Between Counsel Regarding Dates for Site Inspections

**Exhibit 12:** Defendant's Objections and Responses to Plaintiff Joyce McKiver's First Requests for Admissions and Fourth Request for Production of Documents

**Exhibit 13:** May 28, 2015 Audit Report

**Exhibit 14:** Declaration of Darin Waylett

**Exhibit 15:** February 25, 2014 Letter from NC DENR to Crooked Run Farm

**Exhibit 16:** Deposition of Matt Butler

**Exhibit 17:** January 21, 2019 Production Email

**Exhibit 18:** Declaration of Kraig Westerbeek

**Exhibit 19:** Crooked Run Farm Irrigation Records for 2016

**Exhibit 20:** Nick Woodard Sr. Deposition Excerpts

**Exhibit 21:** April 3, 2018 Excerpts from *McKiver* Trial

**Exhibit 22:** Deposition of Robbie Montgomery

**Exhibit 23:** Plaintiffs' Exhibit List

**Exhibit 24:** MC Doc. 179-13 at 29-30

**Exhibit 25:** September 4, 2016 Plan of Action

**Exhibit 26:** October 10, 2016 Plan of Action

**Exhibit 27:** June 22, 2018 *McGowan* Trial Transcript Excerpts

**Exhibit 28:** September 6, 2016 Audit Report

Respectfully submitted,

/s/ Robert E. Thackston

Robert E. Thackston (NC Bar No. 36330)
Lathrop Gage LLP
4514 Cole Avenue, Suite 815
Dallas, Texas 75205
Telephone: (972) 757-8124
Facsimile: (214) 780-5200
Email: rthackston@lathropgage.com