**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Case No. 7:14-CV-00183-BR**

| | |
|---|---|
| | ) |
| **EUNICE ANDERSON, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **MURPHY-BROWN, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

Murphy-Brown LLC ("Murphy-Brown") states the following as the list of exhibits to Murphy-Brown's Opposition to Plaintiffs' Motion in Limine Regarding Evidence or Argument on Medical Records:

**Exhibit 1:** List of Exhibits to Murphy-Brown LLC's Opposition to Plaintiffs' Motion in Limine Regarding Evidence or Argument on Medical Records

**Exhibit 2:** Excerpt from Transcript of March 21, 2018 Hearing in *McKiver v. Murphy-Brown, LLC*, No. 7:14-CV-180 ("*McKiver*")

**Exhibit 3:** Excerpts of Deposition Testimony of Sixth Trial Plaintiff Annie Hayes

**Exhibit 4:** Excerpts of Deposition Testimony of Sixth Trial Plaintiff Nicholas Woodard, Sr.

**Exhibit 5:** Excerpts of Deposition Testimony of Sixth Trial Plaintiff Evelyn Woodard

**Exhibit 6:** Excerpts of Deposition Testimony of Sixth Trial Plaintiff Nicholas Woodard, Jr.

**Exhibit 7:** Excerpts of Deposition Testimony of Sixth Trial Plaintiff Shatinah Woodard

**Exhibit 8:** Excerpts of Deposition Testimony of Sixth Trial Plaintiff Dominique Woodard

Respectfully submitted,

/s/ Robert E. Thackston
Robert E. Thackston (NC Bar No. 36330)
Lathrop Gage LLP
4514 Cole Avenue, Suite 815
Dallas, Texas 75205
Telephone: (972) 757-8124

Facsimile (214) 780-5200
Email: rthackston@lathropgage.com

James F. Neale (Va. Bar No. 43060)
(*By Special Appearance*)
McGuireWoods LLP
Court Square Building
310 4th Street, NE, Suite 300
Post Office Box 1288
Charlottesville, VA 22902
Telephone: (434) 977-2582
Facsimile: (434) 980-2263
Email: jneale@mcguirewoods.com

Eugene E. Mathews III (Va. Bar No. 36384)
Tennille J. Checkovich (Va. Bar No. 68028)
(*Both By Special Appearance*)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
Email: mmathews@mcguirewoods.com
tcheckovich@mcguirewoods.com

*Attorneys for Murphy-Brown LLC*