**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Case No. 7:14-CV-00183-BR**

| | |
|---|---|
| **EUNICE ANDERSON, et al.,** | ) |
| **Plaintiffs,** | ) |
| **v.** | ) |
| **MURPHY-BROWN, LLC,** | ) |
| **Defendant.** | ) |

Murphy-Brown LLC ("Murphy-Brown") states the following as the list of exhibits to Murphy-Brown's Opposition to Plaintiffs' Motion to Exclude Late-Disclosed Witnesses and Evidence:

**Exhibit 1:** List of Exhibits to Murphy-Brown LLC's Opposition to Plaintiffs' Motion to Exclude Late-Disclosed Witnesses and Evidence

**Exhibit 2:** *McGowan v. Murphy-Brown, LLC,* No. 7:14-cv-182 ("*McGowan*"), Doc. 461

**Exhibit 3:** 12/3/18 *Gillis v. Murphy-Brown, LLC*, No. 7:14-cv-185 ("*Gillis*"), Trial Tr. Excerpts

**Exhibit 4:** *Gillis* Doc. 186

**Exhibit 5:** Pls.' Addendum to Suppl. List of Fact Witnesses

**Exhibit 6:** E. Carlton Supp. Objs. & Resps. to Def's First Set of Interrogs.

**Exhibit 7:** 4/4/18 *McKiver v. Murphy-Brown, LLC*, No. 7:14-cv-180 ("*McKiver*") Trial Tr. Excerpts

**Exhibit 8:** Soil Conservation Serv. Comm'n Records

**Exhibit 9:** Summary Witness Chart

**Exhibit 10:** 4/12/18 *McKiver* Trial Tr. Excerpts

**Exhibit 11:** 4/24/18 *McKiver* Trial Tr. Excerpts

Respectfully submitted,

/s/ Robert E. Thackston
Robert E. Thackston (NC Bar No. 36330)

Lathrop Gage LLP
4514 Cole Avenue, Suite 815
Dallas, Texas 75205
Telephone: (972) 757-8124
Facsimile: (214) 780-5200
Email: rthackston@lathropgage.com