**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Case No. 7:14-CV-00183-BR**

| | |
|---|---|
| **EUNICE ANDERSON, et al.,** | ) |
| **Plaintiffs,** | ) |
| **v.** | ) |
| **MURPHY-BROWN, LLC,** | ) |
| **Defendant.** | ) |

Murphy-Brown LLC ("Murphy-Brown") states the following as the list of exhibits to Murphy-Brown's Opposition to Plaintiffs Omnibus *Daubert* Motion to Exclude or Limit Defense Experts' Opinions at Trial:

**Exhibit 1:** List of Exhibits to Murphy-Brown's Opposition to Plaintiffs Omnibus *Daubert* Motion to Exclude or Limit Defense Experts' Opinions at Trial.

**Exhibit 2:** Relevant excerpts of the 7/30/18 *Artis* Trial Transcript.

**Exhibit 3:** Relevant excerpts of the 8/24/16 S. Wing Deposition Transcript.

**Exhibit 4:** Relevant excerpts of the *McKiver* 4/16/2018 Trial Transcript.

**Exhibit 5:** Relevant excerpts of the *McGowan 1* 06/15/2018 Trial Transcript.

**Exhibit 6:** Relevant excerpts of the *McGowan 1* 06/18/18 Trial Transcript.

**Exhibit 7:** Relevant excerpts of the *McGowan 1* 6/1/18 Trial Transcript.

**Exhibit 8:** Pamela Dalton C.V.

**Exhibit 9:** Schiffman, et al., *Quantification of Odors and Odorants from Swine Operations in North Carolina*, AGRICULTURAL AND FOREST METEOROLOGY 108:213-240 (2001).

**Exhibit 10:** Schiffman, et al., *Symptomatic Effects of Exposure to Dilute Air Samples from Swine Confinement Atmosphere on Healthy Human Subjects,* ENVIRONMENTAL HEALTH PROSPECTIVE 113:5 (2005).

**Exhibit 11:** Relevant excerpts of the *McKiver* 4/19/2018 Trial Transcript.

**Exhibit 12:** Relevant excerpts of the *Gillis* 11/15/18 Trial Transcript.

**Exhibit 13:** Relevant excerpts of the *McGowan 2* 2/5/2019 Trial Transcript.

**Exhibit 14:** Geden, *Methods for monitoring outdoor populations of house flies,* Musca domestica L. (Diptera: Muscidae), J. OF VECTOR ECOLOGY (2005).

**Exhibit 15:** Relevant excerpts of the 2-13-17 T. See Deposition Transcript.

**Exhibit 16:** Relevant excerpts of the 2-13-17 A. Kreutzberger Deposition Transcript.

**Exhibit 17:** Keith Ramsey Expert Report.

**Exhibit 18:** Steven Wing Expert Report.