UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 7:14-CV-183-BR

| EUNICE ANDERSON, *et al.*, | ) |
| --- | --- |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| MURPHY-BROWN, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION TO SUBSTITUTE PARTY

This matter comes before the undersigned on the motion of the movant, Earnestine Phillips, as Court-appointed General Guardian of Mae Mazyck, requesting that she be substituted as Plaintiff.

The Court notes that pursuant to Rule 25(b) of the Federal Rules of Civil Procedure, if a party becomes incompetent, the Court may, on motion, permit the action to be continued by the party's representative.

The Movant has filed documents reflecting that the Clerk of Superior Court of Pender County duly appointed Ms. Phillips as the General Guardian for her mother, Mae Mazyck. The Court notes that counsel for the Defendant has consented to the motion.

Wherefore, the Court hereby grants the motion and orders that for purposes of the caption, and the claim for Mae Mazyck, the caption should be modified to substitute for the Plaintiff Mae Mazyck, the following: "Earnestine Phillips, as General Guardian of Mae Mazyck."

SO ORDERED, this 16th day of March 2021.

Robert B. Jones, Jr.
United States Magistrate Judge